FILED

FEB - 9 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  **4:22CR00061 RLW/SPM** |
| JAMES Q. JENKINS, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or between about October 1, 2020, and September 1, 2021, within the Eastern District of Missouri and elsewhere,

**JAMES Q. JENKINS**

the Defendant herein, did use any facility and means of interstate commerce, and did knowingly attempt to persuade, induce, entice and coerce a minor, under the age of sixteen, to engage in sexual activity for which any person could be charged with a criminal offense, to wit: the Defendant, who was at least twenty-one years of age, communicated via the internet with an individual who the Defendant knew to be under the age of sixteen, and attempted to persuade, induce, entice and coerce that minor to engage in sexual activity, in violation of Missouri Revised Statutes Sections 573.023 (sexual exploitation of a minor), 573.200 (child used in a sexual performance), 573.205 (promoting sexual performance by a child), 573.040 (furnishing pornographic materials to minors), 566.034 (statutory rape in the second degree), 566.064 (statutory rape in the second degree), 566.071 (child molestation in the 4th degree), 566.086

(sexual contact with a student) and 18 U.S.C. 1470 (transfer of obscene materials to a minor), in violation of Title 18, United States Code, Section 2422(b).

## COUNT II

The Grand Jury further charges that:

On or about between October 1, 2020 and September 1, 2021, within the Eastern District of Missouri,

**JAMES Q. JENKINS**

the Defendant herein, did by means of interstate commerce, knowingly transfer obscene matter to another individual who had not attained the age of sixteen years, knowing that the other individual had not attained the age of sixteen years, to wit: the Defendant exposed his penis, sent a video of himself masturbating, sent images of adults engaged in sexual acts and sent sexually explicit communications to a minor he knew to be under the age of sixteen years via digital communications, in violation of Title 18, United States Code, Section 1470

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney
jillian.anderson@usdoj.gov