I am grateful to have the opportunity to share with you the suffering James Jenkins has caused to so many young, innocent girls from our school.  He sought out each and every one of them knowing they had experienced trauma in their lives, and he masqueraded as a person they could trust.  He ran a trauma group knowing each of these girls was vulnerable, and he used his position as a counselor to meet his own sexual needs.

As a team of counselors, we spent days listening to several girls share their stories as they cried because they felt embarrassed, ashamed, victimized, confused and alone.  They had put their trust in someone who made them feel special, and he used that trust to satisfy his own sexual urges.   We were saddened to think these girls didn't come to us, or a teacher or their parents to share the abuse they were enduring, but he was very methodical in choosing his victims, grooming them and taking advantage of their individual insecurities.

Here are just a few examples of what we heard from girls as they were brave enough to come forward……

- "He told me I had to share the details of my sexual abuse in the past even though I was crying and I told him it made me feel uncomfortable to talk about it"
- "He was on a zoom call with me and was telling me to share details about when I was molested.  He took his shirt off and I could tell he was touching himself inappropriately. He said this was all part of my trauma therapy."
- "He would show up where I work and sit at a table by himself and just watch me as I was working"
- "He would text me in the middle of the night and get angry with me if I didn't respond"
- "He played the guitar for me and then started rubbing my leg and worked his way up my thigh"

These are just a fraction of examples from different young girls who had the strength to share their experiences.

There is no quick fix for any of these girls and it is quite a challenge to provide counseling to girls who have been victimized by a counselor.

I plead with the court to give the strongest sentence possible so there are no other victims in the future.  I truly believe that if justice is served in this case, it will give hope to all of the victims that he has terrorized.  Any form of leniency would only send a message to these girls that they are not valued and they would once again be victimized by those in a trusted position.

Thank you for giving me this opportunity to share.


S███ R████████
Director of Counseling & Community Outreach (retired)
Hancock Place School District

