To whom it may concern,

    James Jenkins was a counselor at the high school that I attended. I trusted him as a counselor and simply as a person. I went to his office almost every day & plenty of other girls did too. One day, he said something that put me off. He left his office and so I was on my phone and went on my Snapchat memories. He came back in and said that he was watching me through the window by the door and that I looked good. This was unprofessional and it gave me a weird gut feeling about him. Right after this, I told one of my friends about what happened and how uncomfortable it made me. After this incident, I stopped going to his office.

    A few weeks later, Mr.Jenkins came up to me while I was in the library. He told me that he needed me in his office because of an issue with my transcript. I didn't want to go into his office but I obviously didn't want any problems with my transcript. So, I followed him to his office. He said that my friend told him that something he said made me uncomfortable. He was trying to guilt me into telling him what it was and even started crying. He said, "As a sister in Christ I would expect you to be honest with me." He knew that I was/am a Christian and tried to use this as a tactic to manipulate me. I never ended up telling him what it was and even wanted to leave his office but he made me stay until the bell rang. After this, He followed me to my gym class and started doing push-ups beside me. I didn't talk to him again after this.

    I am beyond thankful for the gut feeling that I had about this man. At the same time, I feel sorry for the young girl(s) that didn't have the same gut feeling I had and that got taken advantage of by this man. I hope that justice is served for their sake.

From,

Li    'K