December 11, 2022

The Honorable Judge Ronald White

Re: James Jenkins, sentencing 12/20/22


Dear Honorable Judge White,

James is a bright, self-directed, and talented person. He is fortunate to be gifted athletically, musically and in many avocations, singularly focused upon them until he achieves mastery.

His father died when he was young, which he often has said resulted in him feeling lost. Throughout his childhood, both his stepfather and a close cousin were in prison and his older brother was murdered.

Rather than allowing these circumstances to deter him, he seemed driven to escape them. As a teen and beyond, he sought out strong, positive male role models, and found them in a supportive community of sports coaches, clergy, and friends. He put himself through college, then graduate school. His often-stated goal was to help build a good life for his family, committed to being there as a strong father for his own children.

Horrifyingly, and inexplicably, he chose a series of unfathomable actions and in so doing, not only harmed the victims of his crimes, but derailed the opportunity he said he most fervently sought. It is tragic on so many levels.

James has said he regrets what he did, and he seems to regard the seriousness of his actions. Throughout his year of home confinement, instead of wallowing in misery, he contributed to the support of his family as he was able, in fact, perfected carpentry skills, to run a successful small furniture business. If anyone can adapt and learn from mistakes while in prison, it is he.

I hope you will decide to not add additional time to his sentence, beyond what is mandated.

Thank you for your time and consideration.


Sincerely,

Kim Mumm

Mother-in-law since 2010