| | |
|---|---|
| **From:** | C R |
| **To:** | Berkley, Danielle (USAMOE) |
| **Subject:** | [EXTERNAL] Re: US v. James Jenkins case |
| **Date:** | Tuesday, December 20, 2022 8:42:36 AM |

I'm the mother of 1 of the young ladies that James Jenkins has forever effected. I've sat and thought about what my daughter and her High School friends went through during the 2020-2021 school year which was my daughter's last year of High School. What should've been all priceless memories had some tough trauma thrown in there. Thrown in there by someone our children were supposed to trust, their School guidance counselor James Jenkins. He was supposed to be helping our seniors map out colleges to help them into the next step of their educational path. Instead, he was manipulating and grooming our girls for his pleasure while traumatizing them for life at the same time. Here is a story the "Growler (School Newsletter) did on Mr Jenkins. Looking back on his facade, he was a predator instead of someone our children could trust.
James Jenkins is a father himself. How could he do this? How would he feel if these were his children that were subjected to this?
My daughter wanted to write a victim's impact statement and attend today's sentencing hearing but couldn't. She couldn't handle the emotional turmoil from it. She is trying to block it out and forget it. I can only pray that with time she heals and can put this ordeal behind her. He has left our girls with trust issues and trauma to live with.
We tell our children that their school is a safe zone when their counselor was a predator within. My daughter went to another teacher with her concerns but nothing was done until after the school year ended. I'm sure there are some girls that haven't had the courage to come forward so I pray the lord helps them heal too.
I would be there today to look him in the eye as he is sentenced but I have a 92 year old mother with Alzheimer's that we care for. Unfortunately she's having a rough day and so am I being a survivor to an early childhood predator myself.

C. R. (mother of M. R.)
Including 3 attachments of the Hancock Growler, school Newsletter with a story on Mr James Jenkins



[Alayna Ortiz](#), Senior
December 3, 2020

Guidance Counselor Mr. James Jenkins is one of the new staff members at HHS.

Jenkins graduated from Lindenwood University and was a lighting specialist before becoming a counselor.

He took the job at HHS because he could tell in the interview that Hancock is a strong community of educators that truly care about their students.

Jenkins stated, "I could tell Hancock is an



**FEATURES**
Do You Know Your 'Lunch Squad'?



As a counselor, he hopes to help students reach their goals while also helping students get ready for what they want to do after high school. Being able to help students achieve their goals and have a guide to figure out future plans is important. At such a small school, Jenkins is able to personally meet with almost all students and figure out what their aspirations are.

He finds a lot of capability and potential in all the students at HHS. Students sometimes just need guidance to be able to get out and actually succeed in what they want. This way students can reach their goals and have a wealthy future.

"Our students are very capable, have tons of potential and many of them need encouragement to step into the unknown in order to unlock that potential," he said.

A lot of students have goals they are wanting to accomplish and Jenkins is the person to go to if any student has any questions. He is more than happy to help and guide students in the right direction.



Jenkins stated, "I could tell Hancock is an environment where they put their students first. Staff members know most of the students' names, and they take the time out of their day to get to know them."

He saw that our administration cares for all students' well-being and futures. He was influenced in becoming a counselor because of things he grew up around. The importance of taking a job like his is to understand what the children are going through, and because of his childhood, Jenkins is able to relate to some of the students.

"Growing up around a lot of drugs and violence caused me to want a way out of that environment. Education afforded me the opportunity to provide a better life for myself and my family," Jenkins said.

As a counselor, he hopes to help students reach their goals while also helping students get ready for what they want to do after high school. Being able to help students achieve their goals and have a guide to figure out future plans is important. At such a small school, Jenkins is able to personally meet with almost all students and figure out what their aspirations are.

He finds a lot of capability and potential in the students at HHS. Students sometimes just need guidance to be able to get out and actually succeed in what they want. This way

Danielle Berkley

US Attorney's Office – Eastern District of MO

Victim/Witness Specialist

111 S. 10th Street, 20th floor

St. Louis, MO 63102

(314) 539-6844